UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Case No. 5:23-cv-00078-BJB-LLK

JANET SMITH,                                                                                                      PLAINTIFF

v.

SANOFI S.A. *et al.*,                                                                       DEFENDANTS

## NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY PROCEEDINGS

Plaintiff Janet Smith hereby gives notice that Plaintiff and Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC (collectively, "the Parties"), have reached an agreement in principle for the complete resolution of this matter.

The Parties are in the process of finalizing a Master Settlement Agreement which will include the instant case, as well as other cases in multi-district litigation. Accordingly, the Plaintiff in this matter respectfully requests that this Court vacate all pending deadlines and stay this matter for six months.

Dated: 08/22/2024                                           Respectfully submitted

                                                                           */s/ J. Christopher Elliott*
                                                                           J. Christopher Elliott
                                                                           Email: celliott@coloradolaw.net
                                                                           950 17th Street, Suite 1050
                                                                           Denver, CO 80202
                                                                           T: (303) 893-9800
                                                                           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to those registered to receive electronic notices via email transmission at the email addresses provided by them.

*/s/ J. Christopher Elliott*
J. Christopher Elliott